IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

VINCENT C.,

    Plaintiff,

    v.                               Case No. 2:25cv291

FRANK BISIGNANO,
Commissioner of Social Security,

    Defendant.

## FINAL ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge entered on March 25, 2026. Dkt. No. 15. The time to file objections has expired and neither party has objected to the Report and Recommendation. Having reviewed and considered the Report and Recommendation and finding no error, it is hereby ORDERED that the Report and Recommendation is ADOPTED as the opinion of this Court. Plaintiff's Brief in Support of Remand, Dkt. No. 10, is GRANTED, Defendant's Opposition to Remand, Dkt. No. 13, is DENIED, and the final decision of the Commissioner is VACATED and REMANDED.

Let the Clerk of the Court send a copy of this Final Order to all counsel of record.

It is SO ORDERED.

/s/
_____
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: April 13, 2026